101 F.3d 691
 Paul Price, Dennis Dowhy
v.
State of New Jersey, Deparment of Personnel, Linda
Anselmini, Commissioner of Personnel, Anthony J. Cimino,
Retired Director of Personnel, Ms. Kerry Perretta, Director
of Department of Personnel-State of New Jersey, Robert
Maurer, Retired Director of Deparment of Personnel, Steve
Gordon, John Kraus, Chris Levy, John Does, Jane Does, 1-100,
, Who had Responsibility to Perform Necessary, Sundry Duties
to Create, Conduct, Conclude, Properly
 NOS. 96-5098, 96-5223
 United States Court of Appeals,
Third Circuit.
 Oct 17, 1996
 
 Appeal From: D.N.J., No. 94-cv-05256,
 Irenas, J.
 
 
 1
 AFFIRMED.